1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JESUS AARON GAYTAN,                        1:09-cv-0752 WMW (HC)

12           Petitioner,                        ORDER GRANTING MOTION
                                                TO PROCEED IN FORMA PAUPERIS
13       vs.
                                                (DOCUMENT #2)
14   K. HARRINGTON,

15           Respondent.
                                         /
16

17           Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.

19           Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22   See 28 U.S.C. § 1915.

23   IT IS SO ORDERED.

24   Dated:    May 18, 2009              _____ /s/  William M. Wunderlich _____
                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28