# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AARON GAYTON,<br><br>        Plaintiff,<br><br>    v.<br><br>K. HARRINGTON,<br><br>        Defendant.<br>_____/ | CASE NO. 1:09-cv-00752-AWI-MJS HC<br><br>ORDER VACATING DEFENDANTS' MOTION TO DISMISS FROM COURT'S CALENDAR PENDING OBJECTION DEADLINE<br><br>(Doc. 18) |

On June 11, 2010, Respondent filed a motion to dismiss, and the Magistrate Judge recommended the motion be granted on November 4, 2010. Due to Plaintiff's inability to complete and file objections, resolved in a separate order, the Court cannot yet rule on the motion. Therefore, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Respondent's motion to dismiss is DEEMED VACATED from the Court's calendar until (1) Petitioner files his objections and Respondent's response, if any, is timely filed, or (2) the objection period expires without receipt of objections.[1]

IT IS SO ORDERED.

Dated:   March 18, 2011            /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's action is purely administrative and the parties need take no further action. Once the objection period is closed, the Court will issue its ruling on the motion to dismiss.

1